**DOCKET NUMBER**: CR 11-401 (NGG)

### CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk**:_____ **Docket Clerk Initials**:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE: OCTOBER 26, 2011  TIME IN COURT** ___ **HRS** <u>30</u> **MINS**
@ 11:30 AM

**1. DEFENDANT** : KLARA RAYYMKOLUVA

Present X   Not Present        Custody   Not Custody X

**DEFENSE COUNSEL**:     DANIEL PARKER
FEDERAL DEFENDER:     CJA:     RETAINED: X

**2. DEFENDANT**:
Present   Not Present        Custody   Not Custody

**DEFENSE COUNSEL**:
FEDERAL DEFENDER:     CJA:     RETAINED:

**A.U.S.A.**: JESSICA REID

**COURT REPORTER**:

**INTERPRETER**: NELLY ALISHAEV   **LANGUAGE**: RUSSIAN

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | Arraignment | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| X | Status Conference | ☐ | Sentencing |
| ☐ | Bail Appeal | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun | ☐ | Oral Argument |
| ☐ | Voir Dire Held      Jury selection | ☐ | Jury trial |
| ☐ | Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**: 10/26/11  **Speedy Trial Stop**: 1/11/12  **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**     YES        NO   X

STATUS CONFERENCE HELD; NEXT STATUS CONFERENCE IS SCHEDULED FOR WEDNESDAY, JANUARY 11, 2012 AT 10:30 AM.  TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND JANUARY 11, 2012 FOR REVIEW OF DISCOVERY AND PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.  THE DEFENDANT'S BAIL CONDITIONS ARE MODIFIED IN THAT THE COURT AUTHORIZES PRE-TRIAL SERVICES TO ALLOW THE DEFENDANT TO TRAVEL TO CALIFORNIA FROM DECEMBER 14, 2011 THROUGH JANUARY 8, 2012.  THE DEFENDANT SHALL PROVIDE PRE-TRIAL SERVICES A WRITTEN ITINERARY OUTLINING HER TRAVEL PLANS.