FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 17 2011 ★

BROOKLYN OFFICE

**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
331 MADISON AVENUE
15TH FLOOR
NEW YORK, N. Y. 10017

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
Email: DanielParker@aol.com

November 1, 2011

**By Facsimile only [with permission of the Court] (718) 613-2546**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: **United States v. Klara Rayymkulova**
11 Cr 401 (NGG)

Dear Judge Garaufis:

I represent Klara Rayymkulova ("the defendant" or " Ms. Rayymkulova"), the defendant in the above-captioned matter.

I write requesting that the Court modify her bail conditions to permit the defendant to travel to California from December 14, 2011 to January 5, 2012. The next scheduled court conference is set for January 11, 2012. The Government did not oppose this application, subject to approval by, or the imposition of further conditions set by, Ms. Rayymkulova's Pretrial officer. I have spoken with Biana C. Carter, the Pretrial Service officer, and Ms. Carter does not oppose this application nor does she request that the Court impose any other conditions.

Ms. Rayymkulova will fly to Sacramento (via Houston) from LaGuardia Airport on Continental flight 1574 on December 14, 2011 and return to New York (via Houston) on Continental flight 659 on January 5, 2012. She will be visiting her daughter, Kanikey Omurova and staying at the home of Dortha and Charles Catagnus at 6416 Sunnyfield Way, Sacramento, CA 95823.

I respectfully request that the Court amend the terms and conditions of Ms. Rayymkulova's bail so that she may be permitted to go to California for the dates set forth herein. If the foregoing meets with Your Honor's approval then I respectfully request that the

1

Court "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc:
AUSA Jessica Reid
(By email only)
Ms. Bianca Carter, Pretrial Services
(By email only)

**SO ORDERED:**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis    U
United States District Judge

11/15/11

2