**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
331 MADISON AVENUE
15TH FLOOR
NEW YORK, N. Y. 10017

DANIEL S. PARKER  
MICHAEL CARMODY

TELEPHONE: (212) 239-9777  
FACSIMILE:  (212) 239-9175  
Email: DanielParker @ aol.com

July 16, 2012

**By ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:  **United States v. Klara Rayymkulova**
**11 Cr 401 (NGG)**

Dear Judge Garaufis:

      I represent Klara Rayymkulova ("the defendant" or " Ms. Rayymkulova"), the defendant in the above-captioned matter.

      I write requesting that the Court modify her bail conditions to permit the defendant to travel to California from July 28 to August 23, 2012. The case is scheduled for trial on October 9, 2012.

      I have spoken with AUSA Nathan Reilly and with Biana C. Carter, the Pretrial Service officer, and neither the Government nor Ms. Carter oppose this application, nor does Ms. Carter request that the Court impose any other conditions.

      The defendant will be visiting her daughter, Kanikey Omurova and staying at the home of Dortha and Charles Catagnus at 6416 Sunnyfield Way, Sacramento, CA 95823.

      I respectfully request that the Court amend the terms and conditions of Ms. Rayymkulova's bail so that she may be permitted to go to California for the dates set forth herein.  If the foregoing meets with Your Honor's approval then I respectfully request that the Court "So Order" this letter.

      Thank you for your consideration in this matter.

      Very truly yours,

1

                                          Daniel S. Parker

cc:
AUSA Nathan Reilly (By email only)
Ms. Bianca Carter, Pretrial Services
(By email only)


**SO ORDERED:**


_____
Hon. Nicholas G. Garaufis
United States District Judge